## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Eastern District of New York

Index Number: 25-CV-6458

Date Filed: 11/24/2025

Plaintiff:

**AUGUST IMAGE, LLC, A NEW YORK LIMITED LIABILITY COMPANY**

vs.

Defendant:

**AM:PM GALLERY, A NEW YORK ENITY OF FORM UNKNOWN, ET AL**

For:
DONIGER / BURROUGHS
603 ROSE AVENUE
VENICE, CA 90291

Received by Metro Process Servers of NY, Inc. to be served on **AM:PM GALLERY, 108 MARCY AVENUE, BROOKLYN, NY 11211**.

I, DAINON WARD, do hereby affirm that on the **7th day of January, 2026** at **7:56 pm, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION & COMPLAINT FOR COPYRIGHT INFRINGEMENT JURY TRIAL DEMANDED & NOTICE OF OPTION TO CONSENT TO MAGISTRATE JUDGE JURISDICTION** with the date and hour of service endorsed thereon by me, to: **JOHN RODRIGUEZ** as **AUTHORIZED AGENT** for **AM:PM GALLERY**, at the address of: **108 MARCY AVENUE, BROOKLYN, NY 11211**, and informed said person of the contents therein, in compliance with Federal Rules of Civil Procedure by Personal Service.

**Description** of Person Served: Age: 26, Sex: M, Race/Skin Color: HISPANIC, Height: 5'5", Weight: 175, Hair: BLACK, Glasses: N

Pursuant to NY CPLR § 2106. I affirm this 8TH day of JANUARY 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an  action or proceeding in a court of law. I certify that I am over the age of 18, have no interest in the above action, and am a Licensed Process Server, in good standing, in the judicial circuit in which the process was served.

**DAINON WARD**
2079049-DCA

**Metro Process Servers of NY, Inc.**
**29-17A 23rd Ave.**
**Astoria, NY 11105**
**(718) 440-3144**

Our Job Serial Number: MRO-2025002009

Copyright © 1992-2026 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a