UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUGUST IMAGE, LLC,<br><br>    *Plaintiff*,<br><br>    v.<br><br>AM:PM GALLERY and DOEs 1–10,<br><br>    *Defendants*. | No. 1:25-cv-06458-FB-TAM<br><br>**STIPULATION AND [PROPOSED] ORDER** |

    IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff August Image, LLC ("Plaintiff") and Defendant AM:PM Gallery ("Defendant"), as follows:

    1.    Plaintiff served its Complaint on Defendant on January 7, 2026.

    2.    Defendant's original deadline to respond to the Complaint was January 28, 2026.

    3.    Before the expiration of that deadline, Plaintiff's counsel agreed to allow Defendant, an unrepresented party, an additional 90 days to respond to the Complaint, so that Defendant can seek representation by an attorney.

    4.    The time for Defendant to answer, move against, or otherwise respond to the Complaint is extended until April 28, 2026.

    5.    The parties have not previously asked the Court to address the issues covered by this stipulation.

    6.    The parties consent to the above.

    7.    This stipulation does not change any existing deadlines or scheduled dates in the case.

SO ORDERED this ____ day of _____ 2026.

_____
UNITED STATES DISTRICT JUDGE

Case 1:25-cv-06458-FB-TAM    Document 8    Filed 02/04/26    Page 2 of 3 PageID #: 34

Date: February 4, 2026

Respectfully submitted,

DONIGER / BURROUGHS

_____
David M.S. Jenkins
247 Water Street, First Floor
New York, NY 10038
(310) 590-1820
djenkins@donigerlawfirm.com

Attorneys for Plaintiff August Image LLC

AM:PM GALLERY

_____
Joseph Diaz
Owner
108 Marcy Avenue
Brooklyn, NY 11211